IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DONNA ANN CARMICHAEL                                             PLAINTIFF

v.                              CIVIL NO. 10-3042

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                   DEFENDANT

### ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. We find that the complaint should be provisionally filed prior to a determination regarding Plaintiff's status as an indigent. The Clerk is hereby directed to file the complaint *nunc pro tunc* as of May 10, 2010.

Plaintiff's *in forma pauperis* application will be returned without filing. In her application, Plaintiff stated that her husband supports one minor child. However, Plaintiff does not specify the nature of her husband's employment or his wages. As such, the clerk is directed to return the application to counsel with directions to provide more specific information regarding Plaintiff's husband's employment. Plaintiff is hereby directed to file her amended application on or before May 25, 2010. Should Plaintiff fail to comply within the required period of time, her complaint will become subject to summary dismissal for failure to obey a court order.

IT IS SO ORDERED this 11th day of May 2010.

HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAY 11 2010
CHRIS R. JOHNSON, CLERK
BY
     DEPUTY CLERK

AO72A
(Rev. 8/82)